FLORA POHALSKI, Appellant, v. JAMES ECTHEILER et al., Respondents.

APPEAL from judgment in favor of defendants.

*S. L. Samuels*, for appellant.

*Otto Irving Wise*, for respondents.

McCARTHY, J. We have examined this case very carefully:

There seems to have been some misunderstanding as to whether or not the plaintiff waives the introduction in evidence of the affidavit and warrant of attachment under which the levy was made and under which the defendants justified.

In order that justice may be done and that an application may be made to the next General Term to correct the same, we think it fair and proper to direct a reargument, when the whole case can be presented and argued.

So ordered.

BOTTY, J., concurs.
Reargument ordered.